IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

KENNETH L. WALLER                                                              PLAINTIFF

v.                                    Civil No. 1:18-cv-01036

CAMERON OWENS, *et al.*                                                       DEFENDANTS

## **ORDER**

Before the Court is the Report and Recommendation filed July 17, 2018, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 4. Judge Bryant recommends that Plaintiff's Complaint (ECF No. 1) be dismissed without prejudice for failure to comply with the Court's Local Rules and Orders, as well as for failure to prosecute this case. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 6th day of August, 2018.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge